1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 252-8008
4  Facsimile: (213) 252-8009
   scalequalaccess@yahoo.com
5
   Attorneys for Plaintiff
6  KENNETH DAVIDSON

7
8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA

10 | KENNETH DAVIDSON,                          | Case No.: 2:23-cv-09691-JLS (MARx)
11 |                                            |
12 |          Plaintiff,                        | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**
13 |    vs.                                     |
14 | NISSI RESTAURANT AND BAKERY                |
15 | CORPORATION; ERIC PAIK, AS                 |
16 | TRUSTEE OF THE ERIC PAIK                   |
   | REVOCABLE 2021 TRUST; and DOES 1           |
17 | to 10,                                     |
18 |          Defendants.                       |

19
20         **PLEASE TAKE NOTICE** that Plaintiff KENNETH DAVIDSON ("Plaintiff")
21 pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses
22 the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)
23 which provides in relevant part:
24     (a) **Voluntary Dismissal.**
25         (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66
26               and any applicable federal statute, the plaintiff may dismiss an action
27               without a court order by filing:
28

                                    1
                NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION

       (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED:  December 29, 2023       **SO. CAL. EQUAL ACCESS GROUP**

By:   */s/   Jason J. Kim*
       Jason J. Kim, Esq.
       Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**